IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SOCIETY OF THE HOLY TRANSFIGURATION MONASTERY, INCORPORATED,<br><br>    Plaintiff,<br><br>    v.<br><br>ARCHBISHOP GREGORY OF DENVER COLORADO,<br><br>    Defendant. | CIVIL ACTION NO. 1:07-cv-12387-RGS |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3(A), Plaintiff Society of the Holy Transfiguration Monastery, Inc. states that it is a non-profit corporation incorporated under the laws of the Commonwealth of Massachusetts with its principal place of business in Brookline, Massachusetts.  Society of the Holy Transfiguration Monastery, Inc. has no parent corporations or any publicly held company owning 10 percent or more of its stock.

SOCIETY OF THE HOLY
TRANSFIGURATION MONASTERY,  INC.

By its attorneys,

Dated:  January 4, 2008        /s/ Amy L. Brosius
Amy L. Brosius (BBO # 656521)
Mark A. Fischer (BBO # 167100)
FISH & RICHARDSON, P.C.
225 Franklin Street
Boston, MA 02110-2804
Tel: (617) 542-5070
FAX: (617) 542-8906

**CERTIFICATE OF SERVIC**E

      I certify that this **CORPORATE DISCLOSURE STATEMENT** is being filed through the Court's electronic filing system on January 4, 2008, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF). Any counsel for other parties who are not registered participants are being served by first class mail on the date of electronic filing.

      /s/ Amy L. Brosius
      Amy L. Brosius