# AFFIDAVIT OF SERVICE

STATE OF COLORADO  )
COUNTY OF SUMMIT  )

The Affiant, Nancy A. Sandsmark., being duly sworn, states that she is over the age of 18 years and is not a party to the action and that she has duly served a copy of the following documents: **Summons & Complaint**

upon the following: **Archbishop Gregory of Denver**

at the following address:  **Dormition Skete, 29020 CR 187, Buena Vista, CO**

by handing to and personally delivering the same to the aforementioned individual, over the age of 18 years, on the following date & time  **1-8-08 @ 4:00 pm**

_____
Nancy A. Sandsmark
Road Runner Service

State of Colorado  )

Subscribed and sworn to before me this 6th day of February, 2008 by Nancy A. Sandsmark

_____
Notary Public
My commission expires_____

