UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SOCIETY OF THE HOLY
TRANSFIGURATION MONASTERY,
INCORPORATED,

*Plaintiff,*

v.                                                    Civil Action No. 1:07-cv-12387-RGS

ARCHBISHOP GREGORY OF DENVER,
COLORADO,

*Defendant.*

---

## DECLARATION OF AMY L. BROSIUS IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

---

1.    I am an attorney at the law firm of Fish & Richardson P.C., counsel for Plaintiff Society of the Holy Transfiguration Monastery, Inc. (the "Monastery").

2.    This Declaration is made in support of the Monastery's Motion for Partial Summary Judgment.

3.    **Exhibit 1** is a true and correct copy of the U.S. Copyright Office Certificate of Registration No. TX 1-725-116 for the Monastery's work entitled "The Ascetical Homilies of Saint Isaac the Syrian" (the "St. Isaac Work").

4.    **Exhibit 2** is a true and correct copy of a portion of the St. Isaac Work, Homily 46, registered with the U.S. Copyright Office under Registration No. TX 1-725-116.

5.    In July 2006 the Monastery and the present Defendant Archbishop Gregory of Denver, Colorado (the "Defendant") entered into a written settlement agreement contract (the "Settlement Agreement") which resolved a lawsuit then-pending between the parties in the United States District Court for the Eastern District of Michigan.  **Exhibit 3** is a true and correct

copy of the Complaint filed in *Society of the Holy Transfiguration Monastery Incorporated v. Sheridan Books Inc. and Archbishop Gregory of Denver, Co.*, Civil Action No. 2:06-cv-10291 (E.D. Mich. 2005). **Exhibit 4** is a true and correct copy of the Settlement Agreement.

6.      On August 25 and 26, 2009, the Defendant was deposed in the present lawsuit. **Exhibit 5** is a true and correct copy of the complete transcripts of both days of Defendant's testimony.

7.      **Exhibit 6** is a true and correct copy of the Affidavit of Archbishop Gregory filed with this Court under Dkt. 7-3 in support of Defendant's Motion to Dismiss Pursuant to Fed.R.Civ.P.12 on February 18, 2008.

8.      **Exhibit 7** is a true and correct copy of a webpage that appeared on Defendant's website, *www.trueorthodoxy.info* (the "Website") in August 2007, and which Defendant has testified appeared on the Website in August 2007.

9.      **Exhibit 8** is a true and correct copy of the Monastery's Original Complaint, filed with this Court under Dkt. 1 on December 28, 2007.

10.      **Exhibit 9** is a true and correct copy of Defendant's [Amended] Answer and Affirmative Defenses filed with this Court under Dkt. 37-3 on April 15, 2009.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 30th day of October 2009, at Boston, Massachusetts.

_____
Amy L. Brosius

<u>CERTIFICATE OF SERVICE</u>

        I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on this 30th day of October, 2009.

                          /s/ Amy L. Brosius
                          Amy L. Brosius