Archbishop Gregory - Volume II                    August 26, 2009

Page 298

74940ADS
IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 1:07-12387-RGS
_____
SOCIETY OF THE HOLY TRANSFIGURATION MONASTERY,
INCORPORATED,

Plaintiff,

vs.

ARCHBISHOP GREGORY OF DENVER, COLORADO,

Defendant.
_____

    DEPOSITION OF ARCHBISHOP GREGORY - VOLUME II
              August 26, 2009
Pursuant to Notice taken on behalf of the Plaintiff at
303 East 17th Avenue, Suite 565, Denver, Colorado
80203, at 8:38 a.m., before Diane K. Scholl,
Registered Professional Reporter and Notary Public
within Colorado.

Page 300

I N D E X
EXAMINATION:                           PAGE
By Mr. Ingold                    301, 343
By Ms. Brosius                        326
                          INITIAL
                          REFERENCE
DEPOSITION EXHIBITS:
7  The Great Horologin or Book of Hours,
   Copyright 1997                      301

   (Enclosed with Volume I, with no copies
   to counsel.)

83  Canons XXXVI through XLI            349

   (Enclosed, with no copies to counsel.)

Page 299

APPEARANCES:
    AMY L. BROSIUS and MARIA HAMILTON,
Attorneys at Law, from the Law Firm of Fish &
Richardson P.C., 225 Franklin Street, Boston,
Massachusetts 02110, appearing on behalf of the
Plaintiff.
    CHRIS L. INGOLD, Attorney at Law, from
the Law Firm of Irwin & Boesen, 4100 East Mississippi
Avenue, 19th Floor, Denver, Colorado 80246, appearing
on behalf of the Defendant.

    Also Present:  Bishop John.

Page 301

    WHEREUPON, the following proceedings were
taken pursuant to the Federal Rules of Civil
Procedure:
    ARCHBISHOP GREGORY - VOLUME II,
having previously duly affirmed to state the whole
truth, testified as follows:
          EXAMINATION
BY MR. INGOLD:
    Q.  Good morning, Vladika.
    A.  Um-hum.
    Q.  I have a few questions for you.  If I
call you Vladika, do you understand what I'm referring
to?
    A.  Me.
    Q.  And is that just another word that's used
for bishop?
    A.  Yes, in the Russian church.
    Q.  Yesterday, if I recall, we were talking
about The Horologion, which is Exhibit 7, and I
believe you said that it was published in 1979.  If
you could look at that, is that correct?
    A.  It's 1997.
    Q.  So that was just a slip of the tongue or
what?
    A.  Yes.  I'm dyslexic, or whatever you call

Archbishop Gregory - Volume II                                      August 26, 2009

Page 302

it.

Q. Okay.

A. A little bit.

Q. Nonetheless, yesterday, did you attempt to answer all the questions that were asked of you fully and to the best of your ability?

A. Yeah.

Q. Okay.

A. Yes.

Q. Do you think your memory yesterday was perfect?

A. My memory's never perfect.

Q. I recall also when you were being asked about whether any complaints other than those from HTM had ever been made against you or lawsuits filed against you; do you recall that?

A. Yes.

Q. I also recall that a question was made about whether apart from a lawsuit being filed, anyone had ever threatened to sue you; do you recall that?

A. No.

Q. Well, do you recall a person by the name of Milton Capner?

A. Yes.

Q. Who is that person?

Page 303

A. He was a disturbed person that came to the monastery for help.

Q. And at any point in time did he threaten to file suit against you?

A. I think so, yes.

Q. And what was the resolution of that? Did he ever sue you?

A. No.

Q. Apart from Milton Capner and HTM, has anyone ever sued you or threatened to sue you --

A. No.

Q. -- that you can recall?

A. No.

Q. What is the Genuine Orthodox Church of America and what is the relationship of the Dormition Skete Monastery to the Genuine Orthodox Church of America?

A. The Genuine Orthodox Church of America is the Orthodox Church. Dormition Skete is a member of the Orthodox Church. Therefore, it's a member of the Genuine Orthodox Church of America.

Q. Okay. And what is a Skete?

A. A Skete is a small monastery.

Q. And what is the relationship between a monastery and the church as a whole?

Page 304

A. Monastery -- what's the relationship between a monastery and what?

Q. And the church as a whole, the Genuine Orthodox Church.

A. Well, a monastery is supposed to be probably the holiest place, and where people are -- dedicate their whole lives to the church. What is the relationship between the monastery and the church?

Q. Does one have authority over the other, or how does that work?

A. Yes. The bishop has authority over the monastery.

Q. And what is the role of the bishop in the church? I mean, how is it set up?

A. He is just by the -- I think the word means overseer.

Q. Okay.

A. So he oversees everything in his diocese.

Q. Let me kind of give you a background for the kind of question I'm asking here. There are Christian churches where the members of the congregation vote, and they elect people and they make decisions for the church as a whole, and sometimes those are called congregational churches.

A. Yeah.

Page 305

Q. There are other churches where there are persons within the church who exercise responsibility for those -- for the others within the church, and those are usually called hierarchical churches.

A. Yes.

Q. Do you understand the distinction that I'm making?

A. Yes.

MS. BROSIUS: I'm going to object -- excuse me. Just give me a minute. I'm going to object to the extent you're testifying and asking a leading question.

MR. INGOLD: That's fine.

Q. (BY MR. INGOLD) Do you understand the distinction I'm making between hierarchical and congregational churches?

A. Yes.

Q. What kind of a church is the Orthodox Church?

A. Hierarchical.

Q. And in terms of the hierarchy within the Orthodox Church, what are the different ranks of the clergy, the hierarchical clergy?

A. There are three ranks: The bishop, the priest and the deacon in the higher clergy.

7ee97bea-deda-4e10-b6ba-e4bd881cc48b

Archbishop Gregory - Volume II                          August 26, 2009

Page 306

Q.  And in terms of the authority that's exercised by the bishops, is there any grouping of bishops or any one bishop that's over the other bishops?

A.  Bishops, yes, are together and form a synod, what is called a synod.  And they're over each individual -- each individual bishop, I guess you could say, would have to answer to the whole of all -- all the bishops gathered together.

Q.  Okay.  And is there a distinction between a bishop and an archbishop?

A.  There's a distinction only in as far as title.  A bishop can be a roving bishop and he can be a vicar bishop.  An archbishop is a roving bishop, usually.

Q.  And is there such a thing as a patriarch in the Orthodox Church?

A.  Yes.

Q.  And what is the role of a patriarch, and how does that relate to the clergy you've already described?

A.  Okay.  The patriarch is the bishop of a capital city.  Whereas like the bishop of Denver and the bishop of San Diego and all the other bishops of every city, they would be all equal as far as their

Page 307

diocese.  But when they gather together, one would preside over all of them, and that would be the bishop of the capital city.

Q.  Okay.

A.  And normally he is called the patriarch of that church of that country.

Q.  Okay.  And --

A.  But in places where there are no patriarchs, then the higher authority is the metropolitan, and he could be elected as the head of the group of the synod.

Q.  Now, what --

A.  It's not like a pope.

Q.  In terms of the bishops and the authority that they exercise over the church, are they free to decide whatever they want to decide?  Or is there any guidance, law or authority that they refer to?

A.  They have to obey the canon law, because they take -- when they become a bishop, they have to vow that they're going to uphold the canons of the church.  You have to do that three times, just to be sure that they do -- they understand.

Q.  Now, what is the relation of the canons or the canon law to the ecumenical councils of the church over the centuries?

Page 308

A.  The ecumenical councils wrote the canons of the church.

Q.  And how many ecumenical councils are recognized by the Orthodox Church?

A.  There's normally called seven, we're the church of the seven ecumenical councils.  But in reality, there are -- there have been more councils that are not labeled as one of the seven.  But any valid council that is brought together can make canons, and they're accepted in the church -- the conscience of the church.

Q.  Now, is it correct that pretty much all the Christian churches, Protestant, Catholic, Orthodox, they all accept the seven ecumenical council canons, but the Catholic church and the Protestant church went further with other councils?

A.  Right.

MS. BROSIUS:  I'm going to object.  You can answer.

Q.  (BY MR. INGOLD) You can answer.  Can you explain that.

A.  Well, the original church is the Orthodox Church.  Everybody's has -- if they're called Christians, look to their root.  So even the scriptures were all determined by what bishops of the

Page 309

Orthodox Church gathered together and determined they'd be part of the scriptures.  So they, like the Roman Catholics, have always accepted the ecumenical councils up until the time that they were in communion with the Orthodox Church.  The Protestants like to look at those early church councils, and some of them accept the canons, yes.

Q.  So pretty much all churches that call themselves Christian would accept the seven ecumenical council canons?

MS. BROSIUS:  Objection.

Q.  (BY MR. INGOLD) Is that correct?

A.  I think so.

Q.  And everyone who calls themselves a part of the Orthodox Church must accept those canons?

A.  Without a doubt.

Q.  And they can't accept any other higher law apart from those seven canons; is that correct?

MS. BROSIUS:  Objection.

A.  Correct.

Q.  (BY MR. INGOLD) Why is that so?

A.  There's no higher law than the -- than the laws of the church.  I mean, they're expected -- they -- the canons are an expression of the scriptures and the teachings and the dogmas of the Orthodox

Archbishop Gregory - Volume II                    August 26, 2009

Page 310

Church.

Q. Under the canon law, what does it mean to be anathematized?

A. It means to be cut off from the church completely.

Q. So if someone who calls himself a member of the Orthodox Church is in violation of a canon law, what do the canons say must happen with that person?

A. Depending on what he did, what violation he did. If he, for example, did something which would merit to be deposed, which means if he's a clergyman, he's no longer a clergyman, he -- he is punished by being deposed. He's -- the -- his clerical office would be taken away from him. If he does something more severe, he could be cut off from the church completely.

Q. Okay.

A. Which is anathematized.

Q. And in the Orthodox Church, is there a distinction between excommunication and anathematizing?

A. Yes, anathematizing is if you've done something very bad.

Q. And that person is outside the church entirely?

Page 311

A. Yes.

Q. But someone who's excommunicated may still be in the church, they're just not communing?

A. Right. They're still part of the church. They're just excommunicated for a certain length of time.

Q. Was there a time in your personal knowledge of the members of HTM where you became aware of conduct that violated the canon laws?

MS. BROSIUS: I'm going to object. This is outside the basis of his prior testimony and irrelevant.

MR. INGOLD: This is a deposition, and it's --

MS. BROSIUS: I lodged my objection. You can continue.

Q. (BY MR. INGOLD) Okay. Go ahead.

A. What is it, again?

MR. INGOLD: Can you read back my question.

(The last question was read back.)

MS. BROSIUS: I'm going to object.

A. Yes.

Q. (BY MR. INGOLD) Okay. Let me get into that a little bit. Are there canons that address

Page 312

sexual activity within monasteries?

MS. BROSIUS: Objection.

A. Yes.

Q. (BY MR. INGOLD) Is it permitted to have sexual activity within a monastery?

A. No.

MS. BROSIUS: Objection. Give me a moment to object, and then lodge an objection for each question.

MR. INGOLD: Sure.

Q. (BY MR. INGOLD) Let's just get a clean record, so I'll ask the question, and she'll object, and you'll answer.

A. But when she objects, I just --

Q. You can answer anyway.

A. But what's the use of objecting?

Q. It's like a bookmark in the record, and it lets the Judge later see that somebody had a concern.

A. Oh, okay.

Q. So it's for later, okay?

A. Oh.

Q. Are there canons that address whether sexual activity is permitted in monasteries?

MS. BROSIUS: Objection.

Page 313

A. Yes.

Q. (BY MR. INGOLD) Is sexual activity permitted in monasteries?

MS. BROSIUS: Objection.

A. No.

Q. (BY MR. INGOLD) In a monastery -- is there still a hierarchical order within the monastery?

A. Yes.

Q. So there's a higher person, as it were, who has responsibility over people with less responsibility?

A. Absolutely.

Q. In a monastery -- who has the least authority in the monastery?

A. I imagine the person that's last in the pecking order.

Q. So would that be --

A. The last in seniority, I should say.

Q. Would that be a novice?

A. Yes.

Q. Okay. And the person with the most authority and responsibility?

A. Would be the abbot.

Q. Okay. And under the canon law, what kind of obedience should a novice show the abbot?

Archbishop Gregory - Volume II                          August 26, 2009

Page 314

A.  Complete.

Q.  Are you saying they virtually surrender themselves to the keeping of the abbot?

A.  Yes.

MS. BROSIUS:  Objection.

A.  Yes.

Q.  (BY MR. INGOLD)  Why do you say that?

A.  Because that's what obedience is.

Q.  Okay.

A.  But there's limits.

Q.  Is sexual activity between the abbot and a novice permitted?

A.  That's --

MS. BROSIUS:  Objection.

A.  That's the limit.

Q.  (BY MR. INGOLD)  Okay.

A.  That and one other thing.

Q.  What is the other thing?

MS. BROSIUS:  Objection.

A.  When the abbot takes the monastery outside the church.

Q.  (BY MR. INGOLD)  Okay.  Did your concerns about sexual activity at HTM have anything to do with those limits?

MS. BROSIUS:  Objection.

Page 315

A.  Did my what?

Q.  (BY MR. INGOLD)  Your concerns about what was going on at HTM, the members of HTM that may have violated canon law, did it have anything to do with those two limits you just described?

MS. BROSIUS:  Objection.

A.  Correct.

Q.  (BY MR. INGOLD)  How so?

MS. BROSIUS:  Objection.

A.  Well, when I first realized that they were -- they had a lifestyle that was not permitted, I had to report it to the bishops according to the canon law.

Q.  (BY MR. INGOLD)  Okay.  Let me just ask you directly, was the abbot engaging in sexual activity with novices?

MS. BROSIUS:  Objection.

A.  Not only -- not only -- well, I don't know about novices, but with the monks.

Q.  (BY MR. INGOLD)  Okay.  And how were the monks in relation to obedience to the abbot?

A.  Absolute.

Q.  Okay.

A.  I wish you'd warned me about this.  Okay.

Q.  How is the relationship between the

Page 316

abbots and the monks?

MS. BROSIUS:  Objection, vague.

A.  How is what?

Q.  (BY MR. INGOLD)  What kind of relationship hierarchically is there between the abbot and the monks in a monastery?

A.  It's -- one is under obedience to the other.

Q.  And are there higher ranks than a monk between the monk and the abbot?

A.  There -- it -- only if they go into the clergy.

Q.  There are clergy members within the ranks of the monastery?

A.  Yes.

Q.  Or there can be?

A.  Yes, there could be deacons and priests, subdeacons.

Q.  And there were at HTM; is that correct?

A.  Of course.

Q.  You reported sexual activity between the abbot and the monks to a higher authority outside the monastery; is that correct?

A.  Yes, to --

MS. BROSIUS:  Objection.

Page 317

A.  Yes, to the -- to the bishops who are overseeing -- you know, were the overseers of the monastery which I -- the bishops of their diocese.

Q.  (BY MR. INGOLD)  What was the conclusion of that matter?

MS. BROSIUS:  Objection.

A.  They were going to make an investigation.  And they asked me to meet with other monks who had left the monastery to see if there was a pattern with them.

Q.  (BY MR. INGOLD)  And --

A.  And I did.

Q.  -- does the Orthodox Church have any courts or prosecutors or whatever, like the civil authorities do?

A.  Yes.

Q.  And this report to the bishops about what was going on at HTM, did it result -- did it interact in any way with the orthodox court system?

MS. BROSIUS:  Objection.

A.  Yes.

Q.  (BY MR. INGOLD)  How so?

A.  They made an investigation and determined that because there were so many witnesses that they should proceed with a trial, spiritual court.

Archbishop Gregory - Volume II                    August 26, 2009

Page 318

Q.  What was the outcome of that trial?

MS. BROSIUS:  Objection.

A.  What was the outcome of the trial?  There was no trial.

Q.  (BY MR. INGOLD)  Why?

A.  Because the abbot took the monastery out of the church.

Q.  That kind of sexual activity between a superior at HTM and his subordinates, why didn't that get handled by the criminal authorities?

MS. BROSIUS:  Objection.

Q.  (BY MR. INGOLD)  I mean, why didn't you make your report to the police instead of to bishops?

MS. BROSIUS:  Objection.

A.  I had no -- no inclination to do such a thing.  I would report to my own bishops.  Of course, at that time I was a priest, so long as you understand, I had to -- I'm subject to the bishop as a priest, just like they were priests and as priests were subject to the bishop.

Q.  (BY MR. INGOLD)  Does the canon law express any preference about how disputes within the church should be handled, whether it should be handled within the church or by civil authorities?

MS. BROSIUS:  Objection.

Page 319

A.  Yes.  If someone has a complaint against another person, that should be brought before the church authorities, not before the civil authorities.

Q.  (BY MR. INGOLD)  Okay.  Would that include claims that one orthodox person had taken the intellectual property of another person?

MS. BROSIUS:  Objection.

A.  Of course, if it's between two people in the church and if it's a church matter.

Q.  (BY MR. INGOLD)  Yesterday you were asked some questions about what kinds of things were sold through Dormition Skete.  Do you recall those questions?

A.  Yes.

Q.  Do you think you exhausted the universe -- the total picture of what was sold in that store?

A.  When I saw our -- what do you call them?  Sales list, and then I remembered that we sold buckles.

Q.  Okay.

A.  And we sold another book or something like that.

Q.  Well, let's go through the list, here.  You sell icons, correct?

Page 320

A.  Correct.

Q.  Through the store?  Is that the primary item that's sold through the store?

A.  Probably.

Q.  Crucifixion crosses, do you sell those?

A.  No.

Q.  Did you used to sell them at any time that you're -- that you can recall?

A.  Well, crucifixes out of wood, we do now.

Q.  Okay.  Incense?

A.  We used to.

Q.  Okay.

A.  We still -- we still have a little bit left, and we sell some.

Q.  Prayer ropes?

A.  Yeah, prayer ropes.

Q.  Belt buckles?

A.  Belt buckles.

Q.  There's one book you're still selling?

A.  There's one book we're still selling.

Q.  Calendars?

A.  Calendars we still sell.

Q.  Catalogues?

A.  Catalogues we sell, yes.

Q.  How about software?

Page 321

A.  Yes, Mother Mariam's Orthodox New Testament, we sell that, too.

Q.  As a computer program?

A.  Yes.

Q.  What is your familiarity with computers?  Can you write any computer programming languages like Fortran, C-Plus?

A.  No.

Q.  Can you fix problems on a Mac or PC that crop up?

A.  No.

Q.  What's the extent of your familiarity with computers?

A.  What's my extent of familiarity?

Q.  Yeah.

A.  Well, I could --

Q.  I mean --

A.  -- open it, get on the -- get on the Internet, do e-mail.

Q.  Do you know how to --

A.  That.

Q.  -- load a new program onto a computer?

A.  Possibly.

Q.  Okay.

A.  But not absolutely.

Archbishop Gregory - Volume II                                    August 26, 2009

Page 322

Q.  So would you say you just have familiarity of being a user --
A.  Yes.
Q.  -- of a computer?
A.  Any problems, I call Father Peter.
Q.  Do you know how to upload documents to the Internet?
A.  I would say.
Q.  Do you know how to upload documents even to your own website?
A.  No.
Q.  We discussed just a little bit earlier the distinction between Dormition Skete Monastery and the Genuine Orthodox Church.  Is there also a distinction between Dormition Skete, the corporation, and the Dormition Skete Monastery?
A.  Yeah, the corporation has members on it that are not necessarily part of the monastery that they -- which deal with governmental papers that have to be signed and stuff.  But the monastery is the brotherhood, and those are people coming to live a quiet life, to repent past life or whatever, and to lead a virtue -- a virtuous life in the monastery.  To come for prayer.
Q.  The property up in Buena Vista, who owns

Page 323

the property, the Dormition Skete Brotherhood or Monastery or the Dormition Skete Corporation?
A.  The corporation.
Q.  What does the brotherhood own separate and apart from the corporation?
A.  Nothing.  Other than clothes, maybe.  Even their clothes, I don't know.  Nothing.
Q.  Is there a distinction between you as an individual and yourself as an archbishop of the church?
A.  I don't know what -- I don't know what --
Q.  Well, in the canon laws, is a bishop allowed to own personal property?
A.  Yes.
Q.  And in the canons, is there a --
A.  There's no prohibited.
Q.  All right.
A.  There's no prohibited.
Q.  And in the canons, is there a difference between the bishop's personal property and the property of the church that he safeguards and takes care of?
A.  Yes.  He can't put the church's property in his own name.
Q.  And if a bishop were to take the property

Page 324

of the church for his own use, his personal use, what do the canon laws say should happen?
A.  Should be punished.
Q.  Okay.  How so?
A.  Whichever way the canons prescribe.  Either he is -- probably deposed.  He probably would be deposed.  I have to look at the canon.
Q.  Sure.  But if the bishop takes his personal property and uses it however he wants for the glorification of the church or for some other use or to give to a family member, is there anything in the canons that prohibits the bishop disposing of his own property as he wishes?
A.  His?
Q.  His own property.
A.  Yeah, his own property.  Giving it to the family members I don't think is permissible, I mean.
Q.  But to otherwise dispose of it?
A.  Yes.
Q.  And there's no prohibition that he does whatever he wants with that?
A.  Yes, there is.  He could only give it to people in the church, I think.  I have to look at the canon.
Q.  Okay.  But there's a distinction between

Page 325

what he does with his property and what he does with the property of the church?
A.  Oh, absolutely.  The church -- it's not his property.  The church's property is not his property.
Q.  Now --
A.  It -- he just oversees it.  It has to remain in the church.
Q.  trueorthodoxy.info, that website, is that your personal property, or is that the property of the church?
A.  It's my -- my own.  I -- I wanted to make this.
Q.  Has any synod in the Genuine Orthodox Church or any gathering of the clergy of the Genuine Orthodox Church ever been convened to initiate, create or maintain trueorthodoxy.info?
A.  No.
Q.  Now, yesterday when you were asked questions about Dormition Skete, were those questions about Dormition Skete the corporation, Dormition Skete the brotherhood, or did you even know?
A.  I didn't know, yes.
Q.  Did you nonetheless do your very best to answer the questions that were asked?

Page 326

A. Yes. Although some of the questions were asked quick, I wanted to appear that I understood them, maybe. But I -- you know. You said we had a chance to review them and correct any mistakes.

Q. Will you exercise that opportunity with due diligence and faithfulness?

A. Yes.

MR. INGOLD: I have no questions at this -- further questions at this point.

MS. BROSIUS: I just have a few on redirect.

EXAMINATION

BY MS. BROSIUS:

Q. You said that Dormition Skete is in communion with GOCA; is that right? Is that Genuine Orthodox Church of America?

A. Um-hum.

Q. Is that an autocephalous Orthodox Church?

A. It's independent.

Q. It's independent. Does that mean it's a hierarchical church?

A. Yes.

Q. And to which autocephalous church would it be aligned or consider itself aligned?

A. It's aligned with the churches that have

Page 327

kept the teachings of the church.

Q. So --

A. And there's only -- go ahead.

Q. Sorry. Finish your answer. I'm sorry for interrupting you.

A. Okay. It's aligned with those who have kept -- kept the faith.

Q. But you said it's independent?

A. Yes.

Q. Does that mean it's not in communion with one of the autocephalous Orthodox churches?

A. In this country, no.

Q. Or any country?

A. Yes.

Q. Which autocephalous church would it --

A. Now, when you say autocephalous church, what do you mean by that?

Q. Autocephalous church meaning one of the -- is it seven main churches?

A. No. No. It's --

Q. What is your understanding of an autocephalous Orthodox Church?

A. An independently governed church. So every country has their own independently governed church.

Page 328

Q. And which autocephalous church is GOCA affiliated with here in the United States?

A. We are an entity unto ourselves.

Q. When you said that an abbot who takes a monastery outside the church would be going against canon law -- did I understand that's what you said?

A. Um-hum.

Q. What does -- what does it mean to take -- take a monastery outside the church?

A. To take it away from the bishops.

Q. The bishops to whom the monastery is presently in communion?

A. Right. They have --

Q. And if --

A. -- to do it within the laws of -- within the canon.

Q. Okay. So --

A. Canons.

Q. -- a monastery who is presently in communion with a particular synod of bishops, if they cease to be in communion with that synod and they then elect to be in communion with another synod of bishops, is that considered taking the monastery outside the church?

A. If they do it against the canon law.

Page 329

Q. How would you do it -- how would it be done against the canon law?

A. By not obeying the canons. First of all, if you want to take your monastery outside, you have to get a release from the bishops.

Q. Okay.

A. This is what I did when I left the Russian church. I telephoned the bishop, as I told you yesterday, and I told -- I told him we cannot stay any longer. He said -- his words were, "I understand."

"And I'm going to go to the Greek Old Calendar Church," I told him, "whom we are in communion with."

He said, "Okay," and that was a verbal release.

Q. So you should -- it has to be done with the blessing of the bishop to whom you are presently in communion?

A. Absolutely. Absolutely.

Q. I mean, it has --

A. And it has to have a proper reason.

Q. A proper reason to be accepted by the bishop?

A. Acceptable to the bishops, right.

Page 330

Q.   Okay.  And when you said that canon law -- that -- I think you said that there is no higher law than canon law.  Is that what you --

A.   Well, canon law is the expression of -- of all the rules and dogmas of the church.

Q.   So is it correct that canon law would deal -- does deal with the doctrine of --

A.   And --

Q.   -- the Orthodox Church?

A.   And conduct of the clergy.

Q.   And conduct of the clergy?

A.   Absolutely.

Q.   So I think you were asked, though, whether ecclesiastical court would deal with issues regarding the violation of a canon.

A.   Yes.

Q.   Is that correct?

A.   Correct.

Q.   And that's your understanding of how ecclesiastical church --

A.   Yes.

Q.   -- operates?

A.   Yes.

Q.   So anything outside issues about doctrine, interpretation of doctrine, that would not

Page 331

necessarily be an issue for ecclesiastical court; is that right?

MR. INGOLD:  Object to form.

A.   Doctrine -- what was -- say it again.

Q.   (BY MS. BROSIUS)  You just said that the canon law deals with the doctrine.  Is dogma a better word?  Doctrine, dogma?

A.   Yes.  Yes.  It's an expression.

Q.   Of the orthodox faith?

A.   Like --

Q.   It says to its members what is the correct interpretation or belief that --

A.   Yes, you cannot do this because we believe this and this.

Q.   Okay.

A.   Okay.

Q.   And so any issues, any confusion or misunderstanding about an interpretation of a canon, would be a proper subject for ecclesiastical court to decide who's correct, what the correct interpretation is; is that right?

A.   Yes, that's possible.

Q.   Okay.  And also with the conduct of clergy.

A.   Yes.

Page 332

Q.   That would also be a subject for an ecclesiastical court?

A.   Without a doubt, yes.

Q.   Okay.  But I believe you said it is your understanding that is -- an intellectual property dispute would be subject to an ecclesiastical court determination; is that right?

A.   A dispute over property within the church?  Is that what you said?

Q.   Intellectual property is what I said.

A.   Oh, intellectual property.  Why not?  If it's -- if it's done by people of the church with the blessing of the bishops, that -- that product of that should belong -- should belong to the church, and that's how it's -- that's how it's always been.  You know, church people don't sue each other.

Q.   So when you left the church, were the belongings of Dormition Skete at that time then surrendered to the synod of bishops to whom you were breaking your communion?

A.   Say that again.

Q.   At the time you left the --

A.   Yes.

Q.   Is it ROCA?  Right?

A.   Right.

Page 333

Q.   Were the possessions, the property of Dormition Skete at that time, were they surrendered to ROCA?

A.   No, because --

Q.   Why not?

A.   Because I had a blessing.  I had permission to leave.  I didn't have to return the antimony, I didn't have to return the myrrh, because I was going to a synod of bishops who were already in communion with the -- with the church I was in, and they knew -- the ROCA knew why I was leaving.

Q.   So GOCA's in communion with ROCA?

A.   Yes.  GOCA means the church I went to.

Q.   That's my understanding, that you left -- you broke with ROCA to become in communion with GOCA; is that right?

A.   No, I think you -- you don't understand it.  I left ROCA.  I was just a priest.  So I had to get another -- I had to be under a bishop.  I had -- a priest can't just be by himself.  He has to be under a bishop.

So the only bishops that were of the same faith and holding the same dogmas and everything unchanged were the Greek Old Calendar Church, and they are situated in Greece.  And they are called the GOC

7ee97bea-deda-4e10-b6ba-e4bd881cc48b

Archbishop Gregory - Volume II                    August 26, 2009

Page 334

of Greece.

Q.  Okay.

A.  So they were in communion with the Russian Church Abroad.  In fact, they -- as I told you yesterday, they broke communion with the Russian Church Abroad when the Russian Church Abroad went into communion with a group called Cyprian Apheli.  So they broke approximately the same time I did, for the same reasons.

Q.  So you were a priest when you left ROCA?

A.  Right.

Q.  You were a priest when you were with HTM; is that correct?

A.  No.

Q.  What were you?

A.  A monk.

Q.  A monk.  Did you yet -- did you or did you not receive the blessing from a bishop when you left HTM?

A.  Yes.

Q.  You did?

A.  Yes.

Q.  Which bishop was that?

A.  Constantine.

Q.  You testified a moment ago that you were

Page 335

not sure if you understood all of the questions that were asked of you yesterday, you may have misunderstood some of them; is that right?

A.  Well, sometimes you spoke a little fast, and I thought I -- well, I'm -- you know, I -- and you said do you understand the question, I -- and I --

Q.  You understand that in the beginning when I asked you if there were any questions that you did not understand, you could ask me to repeat them or rephrase them, right?

A.  Okay.  Yes.

Q.  And you said you would do that?

A.  Yes.

Q.  Is that right?

A.  I think I answered everything, and I think I understood everything pretty well.

Q.  Okay.  That's fine.  Can you just give me a moment.

(A pause occurred.)

Q.  And I just want to clarify --

A.  I --

Q.  -- you said you do have --

A.  If I may say, when you talk quick, it gives me a little -- I need a little bit more time to, you know, get all the words.

Page 336

Q.  I understand.

A.  If you talk a little slower, then I would focus better.

Q.  You said -- I believe you testified yesterday that you personally own nothing; is that right?  That the monastery owns -- that you own no possessions?

A.  Yes, I -- I don't think there's anything we own.

Q.  But didn't you just a moment ago say that you do own a website?

A.  Yes.  Okay, I own a website.

Q.  Are there any other things that you own beyond the website, or is that the only exception?

A.  Let me think.

I don't -- I don't know of anything I own.  I mean, my clothes, but, like, they're not in my name.  I mean, how can I -- I own the clothes.  When I die, there's nothing to disburse.  I don't have my own bank account.  There's no need for a will because I have nothing.

Q.  Why is there a distinction between your ownership of the website and your ownership of anything else at Dormition Skete?

A.  Because I started it.  Because I wanted

Page 337

to use my efforts to edify the people -- the people of the church, to have people have access to the teachings of the church, to edify people.

Q.  Isn't that your role?  Isn't that your mandate as Abbott of the monastery in general?

A.  No, as -- no.  The abbot is to direct the monks to help them and hear confession and to direct them into living a virtuous life, which is a full-time job.  That's why --

Q.  Would you say that the icons that you create are also owned by you in the same manner as the website?

A.  I was under the impression that if a person creates them, he owns them.  So they are copyrighted.  They are copyrighted because I created them, right?  So in that way, yes, you could say I own -- I own those.  But everybody uses them at their own desire, 'cause we don't -- they're expressions of the gospel and that's why --

Q.  But that's your choice, right?  To allow others to use what you created in a way that you approve; is that right?  Let me put it to you this way.  If someone wanted to use one of your icons that you own the copyright in for a purpose that you did not approve of, would you object to that?

7ee97bea-deda-4e10-b6ba-e4bd881cc48b

Archbishop Gregory - Volume II                                    August 26, 2009

Page 338

MR. INGOLD: Object to form and foundation.

A. Yes, I would object if they want to desecrate something, yes.

Q. (BY MS. BROSIUS) Use it in a way that you don't approve of?

A. Yes, if they wanted to use it as target practice for -- someone wrote me I want to use your icon of Christ so I could shoot at it, I would say, Well, go find something else. Yes.

Q. So that would be a way that you would be able -- you as the owner of that icon would be able to control the use -- the use of it?

A. Yes, but it's --

Q. The --

A. To sue someone for that, you could voice your -- you could say that's not right. But to go ahead and sue someone, that's -- that's --

Q. Maybe that wouldn't be your choice; is that what you're saying?

A. Yeah.

MR. INGOLD: Object to form.

A. And -- yes, I wouldn't go that far to sue someone, because it's against the gospel. Orthodox people do not sue each other, if you're an orthodox

Page 339

person, in the civil courts. And that's in the Scriptures. And it's in the canons being -- as I said, being -- being the expression of the Scriptures.

Q. (BY MS. BROSIUS) Can I ask you one question about the canons. Is there any -- can you point to or do you recall any particular canon that deals with intellectual property?

A. Do I know of any canon to deal with intellectual property? Not unless I look specifically for that. They talk about the property. I don't know if they make a distinction about intellectual property.

But from the tradition of the church, people who have created intellectual property, I'm assuming, like homilies, writings, teachings, they don't copyright them. Because if they did them in the church they are for the church.

Q. But a moment ago, you just said you do own the copyright in the icons you create; is that right?

A. Yes.

Q. So what's the difference between writing a homily and creating an icon?

A. Okay. If a person in the church wants an icon, okay, the copyright -- I mean, big deal, I have

Page 340

a copyright. But if an atheist wants an icon, like I said, to desecrate it, then you could say perhaps because -- you could write him and say, Hey, I have a copyright to this, you know, cease and desist is the expression you people use, or else I'm going to sue you.

So in that respect, if you have a copyright, you can try and protect something from being desecrated, I would think.

Q. Okay. And so my question that I -- I believe was you testified that you believe you have a copyright in the icons you create; is that correct?

A. So I'm told, yes.

Q. And do you believe that someone similarly who writes a homily has a copyright in the text of that homily that they wrote -- that they write?

A. Do they have a copyright because they created it?

Q. Yes.

A. I imagine.

MS. BROSIUS: All right. Can you just give me a moment. Yeah, actually can we take a very quick break. Thank you.

(A break was taken.)

MS. BROSIUS: Back on. I just have a

Page 341

couple more questions.

Q. (BY MS. BROSIUS) Archbishop, does the civil law of a country where clergy reside apply to the behavior of clergy?

A. Does the civil law of the church --

Q. Does the civil law of the country --

A. Yes.

Q. -- where clergy reside apply to the behavior of the clergy?

A. Could you read back --

Q. Does it govern their behavior?

A. Does the civil law of the -- of the country --

Q. (Nodding.)

A. -- what?

Q. Where the clergy resides.

A. Yes.

Q. For instance, you're a clergy, you're in the United States.

A. Yes.

Q. Does the United States law apply to the clergy who live in the United States?

A. Yes.

Q. What about the criminal law?

A. Yes.

Archbishop Gregory - Volume II                              August 26, 2009

Page 342

Q. So when you signed a settlement agreement, that was governed by civil law? You did that, right?

MR. INGOLD: Objection to form, foundation, calls for a legal conclusion.

Q. (BY MS. BROSIUS) Did you sign a settlement agreement with HTM in 2006?

A. Yes.

MR. INGOLD: Object to form, foundation, calls for a legal conclusion.

A. Yes.

MR. INGOLD: So, Vladika, again, you're going to have to -- just like with her, I'm going to object.

A. Yeah.

MR. INGOLD: So pause after the question so I can get my objection in so we can keep the record clean.

Q. (BY MS. BROSIUS) Do you understand that the settlement agreement you signed was governed by civil law?

MR. INGOLD: Object to form, foundation, calls for a legal conclusion.

A. Yes.

Q. (BY MS. BROSIUS) You understand it

Page 343

wasn't governed by ecclesiastical law; is that right?

A. Yes.

Q. Did it govern your actions when you signed it?

A. Yes.

MS. BROSIUS: Okay. I'm all set. We're done. Are we off the record?

(Discussion off the record.)

MR. INGOLD: Okay. I just have one very brief follow-up with the archbishop.

EXAMINATION

BY MR. INGOLD:

Q. Okay. Vladika --

MS. BROSIUS: You know what, before you start, I'm just going to note for the record, I'm going to lodge an objection to the fact that the witness was just conferring with counsel and looking at documents on counsel's computer prior to beginning this reredirect.

MR. INGOLD: Well, that's fine. That's actually what we're going to read in is the one canon we were looking at, and that's fine. I just --

Q. (BY MR. INGOLD) The Apostolic Canons, what are those, Vladika?

MS. BROSIUS: I'm going to object that

Page 344

the witness is being asked to testify from a refreshed memory by conversation with counsel a moment ago.

Q. (BY MR. INGOLD) Do you need your memory refreshed? Or did I refresh it this morning as to what the Apostolic Canons are?

A. No.

Q. What are the Apostolic Canons?

A. Apostolic Canons are 85 canons that were written by the Apostles and accepted in the church as valid canons from the first century.

Q. And were those Apostolic Canons accepted by the seven ecumenical councils?

A. Absolutely.

Q. I'm going to read to you Canon XXXX.

A. Okay.

Q. Which you were just looking at on my computer. "Let the private" --

MS. BROSIUS: I'm going to -- excuse me. I'm going to object to the fact that we're not being provided with a copy of the document that's being read here today, and I have no idea what the source is. So I'm going to object to foundation.

MR. INGOLD: That's actually -- it was previously provided to you in a request for production.

Page 345

MS. BROSIUS: What's the Bates number, Chris?

MR. INGOLD: It is in the book called The Seven Ecumenical Councils, and it is page number 844.

MS. BROSIUS: What's the Bates number of that document that you provided to us?

MR. INGOLD: It is entitled The Seven Ecumenical Councils, and it is page number 844 of those seven ecumenical councils.

MS. BROSIUS: So it's not Bates numbered; is that what you're saying?

MR. INGOLD: It is in the disk that was produced to you back in November of last year. Under folder --

MS. BROSIUS: Do you have a copy of the document?

MR. INGOLD: -- 15, Other Things, there is a file called The Seven Ecumenical Councils that was referred to liberally in the responses to interrogatories that were provided to you at the same time. And in the seven ecumenical councils, at page 844, is Canon XXXX of the Apostolic Canon. And I don't have a paper copy, much like yesterday you didn't have paper copies of a number of things.

MS. HAMILTON: Well, we did for exhibits,

Archbishop Gregory - Volume II                    August 26, 2009

Page 346

though.  I mean, you're not going to --

MR. INGOLD:  Well, actually there are whole exhibits that were accepted that I saw for the first time yesterday and you didn't have a copy for me, depository materials that I'd requested exemplars and I wasn't provided.

MS. BROSIUS:  Okay.  We discussed already that to the extent those were mistakenly not produced, although we believe they were, those three documents --

MR. INGOLD:  Right.

MS. BROSIUS:  -- we will be producing them.  To the extent the books, however, of course were provided to you, you have copies of those books.

MR. INGOLD:  I'm not -- well, we'll see.

MS. BROSIUS:  The books were produced to you, Chris.  I'm just -- I just want to state for the record that none of the documents that you produced were produced to us in paper form, according to the Court's order, electronically to be printed or Bates stamped.  I just want to note that, okay?  So -- and I also want to lodge, again, an objection to the fact that your witness is being shown a document on your computer that we have not been produced and we don't have it here today.

Page 347

MR. INGOLD:  You want to look at it?  It's right here.

MS. BROSIUS:  No.

MR. INGOLD:  You can look at it.

MS. BROSIUS:  I -- no.

MR. INGOLD:  This is the Canon XXXX.

MS. BROSIUS:  Thanks for noting where you apparently produced it on a disk, but --

MR. INGOLD:  If you want to take a moment, I bet that this deposition service where you're holding the deposition would print us copies.  Would you like that?

MS. BROSIUS:  Chris, if you want to do that, you should do what you feel you need to do to take the deposition.

MR. INGOLD:  Well, it seems to be a major concern for you, so that's what I'm going to do, is we'll take a break, like you were suggesting just a moment ago, since we've been going a little over an hour.  And during the break I will get a copy of this one page and we'll go from there.  How's that?

And then we -- I guess I will be marking an exhibit.

(A break was taken.)

MS. BROSIUS:  Are we back on?

Page 348

THE REPORTER:  Yeah.

MS. BROSIUS:  Just before we start, I'm going to lodge my continuing objection to the fact that counsel for defendant showed defendant -- showed the witness, excuse me, a document on his computer.  They had a conversation about it, and that is now the document that the witness will be testifying about.

MR. INGOLD:  So that the record is clear, in response to the questions asked by opposing counsel, I thought I identified a canon that was applicable.  I spent a couple minutes verifying with the archbishop that that was indeed the canon I was thinking, and now we're here.

MS. BROSIUS:  Are you waiving your objection to privilege based on the communication you just had?

MR. INGOLD:  Sure, you can ask him, if it's a limited -- if we construe it as a limited waiver as to what I showed him on the computer and how we came to this document that is now going to be an exhibit, I would make a limited waiver as to that exchange if you want --

MS. BROSIUS:  That's fine.

MR. INGOLD:  -- to ask him questions about that.

Page 349

MS. BROSIUS:  That's fine.  We can get started.

MR. INGOLD:  All right.  Which exhibit number are we up to?

THE REPORTER:  83.

MR. INGOLD:  83.

Q.  (BY MR. INGOLD)  Vladika, I'm going to show you what's being marked as Deposition Exhibit 83.

(Deposition Exhibit 83 was marked.)

Q.  Do you recognize these canons as a translation of the Apostolic Canons?

A.  Yes.

Q.  And what authority do the Apostolic Canons have in church life?

A.  They're the first group of canons that were written in the Orthodox Church.

Q.  And they're accepted by the ecumenical councils, correct?

A.  Correct.

Q.  Can you read Canon No. XXXX.

A.  "Let the private goods of the bishop, if he have any such, and those of the Lord, be clearly distinguished.  That the bishop may have power of leaving his own goods when he dies to whom he will and how he will.  And that the bishop's own property may

Page 350

not be lost on the pretence its being the property of the church. So it may be that he has a wife or children or relations or servants and it is just before God and man that neither should the church suffer any loss through ignorance of the bishop's own, nor the bishop or his relations be injured under the pretext of the church, nor that those who belong to him should be involved in contests and cast reproaches upon his death."

Q. Does that canon inform you as to whether the bishop can hold property separate from the property of the church that he takes care of?

A. Yes.

Q. Okay. And he then can dispose of that property in a godly manner however he wishes; is that correct?

A. Correct.

Q. Okay. The trueorthodoxy.info website, is that registered in the name of the church or in your personal name?

A. My personal name.

MR. INGOLD: I have no further questions at this time.

MS. BROSIUS: Just a moment. We're all set. Thank you.

Page 351

WHEREUPON, the within proceedings were concluded at the approximate hour of 9:52 a.m. on August 26, 2009.

I do hereby certify that I have read the foregoing deposition and that the same is a true and accurate transcript of my testimony, except for attached amendments, if any.

Page 352

C E R T I F I C A T E

I, Diane K. Scholl, Registered Professional Reporter, appointed to take the deposition of

ARCHBISHOP GREGORY - VOLUME II, certify that before the deposition the deponent duly affirmed to testify to the truth; that the deposition was taken by me on August 26, 2009; then reduced to typewritten form, by means of computer-aided transcription; that the foregoing is a true transcript of the questions asked, testimony given, and proceedings had.

I further certify that I am not related to any party herein or their counsel and have no interest in the result of this matter.

IN WITNESS WHEREOF, I have hereunto set my hand on September 4, 2009.

_____

Diane K. Scholl
Registered Professional Reporter

Proofread by: S. Barrette

Page 353

STATE OF COLORADO
COUNTY OF DENVER

Before me, this day, personally appeared ARCHBISHOP GREGORY, who, being duly affirmed, states that the foregoing transcript of his/her deposition, taken in the matter on the date and at the time and place set out on the title page hereof, constitutes a true and accurate transcript of said deposition.

_____

ARCHBISHOP GREGORY - VOLUME II

SUBSCRIBED and SWORN to before me this _____ day of _____, 2009, in the jurisdiction aforesaid.

_____    _____
My Commission Expires    Notary Public