# Resolution of Metropolitan Vitaly Suspending Archimandrite Panteleimon -- Nov. 20/Dec. 3, 1986



MG ADDRESS:
SAN ADMINISTRATION
APPAN ROAD
COVE, N.Y. 11542

TELEPHONE
(516) 759-1357

DIOCESE OF EASTERN AMERICA AND NEW YORK
RUSSIAN ORTHODOX CHURCH OUTSIDE OF RUSSIA

Nov. 20/Dec. 3, 1986
No. 11/35/223

EXHIBIT 95

To: V. Rev. Archimandrite Panteleimon
Holy Transfiguration Monastery
278 Warren Street
Brookline, MA 02146

### R E S O L U T I O N

*Circumstances of this case:* In connection with the accusations of unbecoming behavior which have been made against you, the Council of Bishops in January of 1986 appointed a Commission composed of two bishops, His Grace Archbishop Antony of Los Angeles and Southern California and His Grace Bishop Alypy of Cleveland, to conduct a confidential investigation of these accusations. This Commission questioned you, as well as the accusers, and presented a report to the Synod.

At the session of the Synod of Bishops in Mansonville, Canada in May of this year, you were again questioned, as were a number of the accusers -- former members of the brotherhood of Holy Transfiguration Monastery -- and several written depositions of other former members of your monastery's brotherhood were read aloud. At this time you made an oral statement, requesting to be retired, which you later confirmed in writing. Your request was granted and by resolution 11/35/143 of September 4/17, 1986 you were relieved of your duties as abbot of Holy Transfiguration Monastery.

*R e s o l v e d :* In accordance with Article 159 of the Regulations of Spiritual Consistories of the Russian Church, which were binding upon the Church before the Revolution and accepted as law by the Russian Orthodox Church Outside of Russia to this day, and which reads: "A clergyman who has been accused of a crime is to be suspended from serving.... The order for this to be done is entrusted to the local Bishop, who is obligated to take care that those who are accused of grave violation of good conduct



MG ADDRESS:
EGAN ADMINISTRATION
TAPPAN ROAD
COVE, N.Y. 11542

TELEPHONE
(516) 759-1357

DIOCESE OF EASTERN AMERICA AND NEW YORK
RUSSIAN ORTHODOX CHURCH OUTSIDE OF RUSSIA
OLD TAPPAN ROAD, GLEN COVE, NEW YORK

— 2 —                                            Resolution
                                                 Archimandrite Panteleimon

according to God's laws not approach to serve before the Altar of the Lord" — you are hereby suspended, upon receipt of this Resolution, from liturgizing, until a final decision is made in your case, a decision which you will have the right to appeal within the lawful time period.

+ Metropolitan Vitaly
_____
Metropolitan of Eastern America & New York

NOTE: A suspended clergyman is forbidden to wear an epitrachelion and to perform any liturgical function, as well as to bless the faithful (with the exception of his right to partake of the Holy Mysteries in the altar wearing an epitrachelion and a phelonion).

HOCNA.Info Index                                  Contact us: webmaster@hocna.info

http://www.hocna.info/Suspended-FrPanteleimon.shtml                          8/14/2009